NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**SIOUX STEEL COMPANY,**

*Plaintiff-Appellee*

v.

**PRAIRIE LAND MILLWRIGHT SERVICES, INC., DUANE CHAON,**

*Defendants-Appellants*

_____

2023-2293

_____

Appeal from the United States District Court for the Northern District of Illinois in No. 1:16-cv-02212, Judge Mary M. Rowland.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2          Sɪᴏᴜx Sᴛᴇᴇʟ Cᴏᴍᴘᴀɴʏ v. Pʀᴀɪʀɪᴇ Lᴀɴᴅ Mɪʟʟᴡʀɪɢʜᴛ
Sᴇʀᴠɪᴄᴇs, Iɴᴄ.

(2)  Each side shall bear their own costs.

FOR THE COURT

June 5, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** June 5, 2024